UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __23-1075__ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| Carmen Gee | : | |

The Court orders the defendant, _Carmen Gee_, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: Forfeit the firearm seized at the time the Violations were issued

/s/ Carmine Gee                                7/25/23
DEFENDANT                                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

HONORABLE ELIZABETH PASCAL
U.S. MAGISTRATE JUDGE

7/25/2023
DATE